

# Fourth Court of Appeals

## San Antonio, Texas

### JUDGMENT

No. 04-14-00680-CV

**IN THE INTEREST OF S.P.**, E.P.-M., and C.M. Jr.

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02655
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. We order no costs assessed against appellants because they are indigent.

SIGNED March 11, 2015.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice